IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

**HAWTHORN SUITES FRANCHISING, INC.**

      Plaintiff(s),

vs.

**BRIJ MADAN, et al.**

      Defendant(s).

Case No.: 1:12-CV-0855

**AFFIDAVIT OF SERVICE**

Personally appeared before me, the undersigned officer duly authorized to administer oaths, Pamela E. Grubb, who, first being duly sworn, on oath deposes and states that he/she is a citizen of the United States and 18 years of age or older and is a party having no interest in the above-styled case. Affiant further states that on **April 25, 2012** at **6:15 PM**, I personally served **Brij Madan** located at **1441 Neosho Court, Modesto, CA 95358** with the following: Summons and Verified Complaint.

Description of person process was left with:

Sex: **Male** – Skin: **Middle Eastern** – Hair: **Salt and Pepper** – Age: **60** – Height: **5ft6in** – Weight: **190**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2012

Pamela E. Grubb
MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta, GA 30328
770-984-7007

Process Server Charge: $

**243449**

Nelson Mullins Riley & Scarborough LLP

State of California
County of Stanislaus

Subscribed and sworn to ( or affirmed ) before me on this 7th day of May, 2012, by Jessica D. Vargas, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me

(Seal)  Signature Jessica D. Vargas

JESSICA D. VARGAS
Commission # 1884741
Notary Public - California
Stanislaus County
My Comm. Expires Apr 17, 2014

ACKNOWLEDGMENT

STATE OF CALIFORNIA           )
                              )
COUNTY OF STANISLAUS          )

On May 7, 2012, before me, Jessica D. Vargas, Notary Public, personally appeared Pamela E. Grubb, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity(ies) upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Jessica D. Vargas*       (Seal)

JESSICA D. VARGAS
Commission # 1884741
Notary Public - California
Stanislaus County
My Comm. Expires Apr 17, 2014