IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HAWTHORN SUITES FRANCHISING, INC., a  Georgia Corporation, | ) ) |
| | ) Case No. |
| Plaintiff, | ) |
| v. | ) 1:12-cv-0855-ODE |
| | ) |
| BRIJ MADAN, an individual; GURINDERJIT DHILLON, an individual; AKASH SHARMA, an individual, | ) ) ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY PERIOD THROUGH JANUARY 30, 2013

### I. INTRODUCTION

Discovery in this matter is scheduled to conclude on October 12, 2012.  The parties respectfully inform the Court that they will be unable to complete all necessary discovery within the current discovery period. For good cause shown, the parties jointly seek to extend the discovery period through January 30, 2013 to provide the parties the opportunity to complete written discovery and conduct depositions.

## II.  DISCUSSION

The parties have exchanged initial discovery. Through the exchange of discovery and settlement discussions, it has become clear that the parties will need more time than permitted under the four month discovery track that they requested in their Joint Preliminary Report and Discovery Plan.

First, Mr. Madan has recently engaged new counsel to represent him. Plaintiff's counsel and Mr. Madan's new counsel are in the process of working together to coordinate a discovery plan. [1]  Additionally, during the course of discovery, Mr. Madan travelled overseas and developed subsequent health problems following his return. As a consequence, the parties' discovery efforts have been forestalled.

Moreover, Plaintiff is still in the process of serving defendants Gurinderjit Dhillon and Akash Sharma.  On October 2, 2012, this Court granted an order giving Plaintiff permission to attempt to serve these defendants via publication. The parties believe that, as a matter of cost efficiencies and judicial economy, the discovery process will best be served by having all parties to the lawsuit actively involved in the case.  Finally, the parties continue to discuss a possible case resolution.

---

[1] As of the date of this motion, Mr. Madan has not appointed local counsel.

With the discovery period coming to a close, the parties request that the Court give the parties an extension through January 30, 2013 to give Mr. Madan's new counsel time to become fully engaged and for the parties to explore the continued possibility of a case resolution and to finalize all discovery.

The Court has broad discretion in regulating discovery in accordance with Rule 26 of the Federal Rules of Civil Procedure.  An extension of discovery through January 30, 2013 should permit the parties sufficient time to complete discovery in this cause.  The motion is not made for purposes of delay and both parties stipulate that they will not suffer prejudice if the motion is granted.

Accordingly, the parties respectfully request the Court extend discovery through January 30, 2013.  The parties further request that all subsequent dates scheduled in the Joint Preliminary Report and Discovery Plan previously filed with the Court be extended to reflect this three month extension of the discovery period.

### III. CONCLUSION

For the foregoing reasons, the parties respectfully request the Court to extend discovery through January 30, 2013.  A proposed Order is submitted herewith for the Court's consideration.

Respectfully submitted this 12th day of October, 2012.

/s/ Elisa S. Kodish
Richard K. Hines, V

Georgia Bar No. 356300
E-Mail: richard.hines@nelsonmullins.com
Elisa S. Kodish
Georgia Bar No. 656769
E-Mail: elisa.kodish@nelsonmullins.com
*Counsel for Plaintiff*
*Microtel Inns & Suites Franchising, Inc.*


NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)


*/s/ Brij Madan*
Brij Madan, *Pro Se*
1441 Neosho Court
Modesto, California 95358

-4-

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing  complies with the font and point selections approved by the Court in Local Rule 5.1C.  The foregoing was prepared on computer using Times New Roman font (14 point).

This 12th day of October, 2012.

/s/ *Elisa S. Kodish*
Elisa S. Kodish
Georgia Bar No. 656769
E-Mail: elisa.kodish@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY PERIOD THROUGH JANUARY 30, 2013** was served on counsel of record via first-class mail, postage prepaid and properly addressed as follows:

> Brij Madan, *Pro Se*
> 1441 Neosho Court
> Modesto, California 95358
>
> David C. Johnston
> 627 13th Street
> Suite E
> Modesto, CA 95354

This 12th day of October, 2012

> */s/ Elisa S. Kodish*
> Elisa S. Kodish
> Georgia Bar No. 656769

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)