IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HAWTHORN SUITES FRANCHISING, INC., a  Georgia Corporation, | ) ) ) Case No. |
| Plaintiff, | ) |
| v. | ) 1:12-cv-0855-ODE |
| | ) |
| BRIJ MADAN, an individual; GURINDERJIT DHILLON, an individual; AKASH SHARMA, an individual, | ) ) ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I served Plaintiff's:

- First Set of Requests for Admission to Defendant Brij Madan;

- First Set of Interrogatories to Defendant Brij Madan; and

- First Request for Production of Documents to Defendant Brij Madan

upon counsel of record in this action by depositing a copy of same in the U.S. mail

with sufficient postage affixed thereon addressed to:

Brij Madan, *Pro Se*
1441 Neosho Court
Modesto, California 95358

David C. Johnston
627 13th Street
Suite E
Modesto, CA 95354


This 28th day of December, 2012.

s/ Elisa S. Kodish
Richard K. Hines, V
Georgia Bar No. 356300
E-mail:  richard.hines@nelsonmullins.com
Elisa S. Kodish
Georgia Bar No. 656769
E-mail:  elisa.kodish@nelsonmullins.com

*Counsel for Plaintiff Hawthorn Suites
Franchising, Inc.*

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, Georgia  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)