IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HAWTHORN SUITES FRANCHISING, INC., a Georgia Corporation, | )<br>)<br>) Case No. |
| Plaintiff, | ) |
| v. | ) 1:12-cv-0855-ODE<br>) |
| BRIJ MADAN, an individual;<br>GURINDERJIT DHILLON, an individual;<br>AKASH SHARMA, an individual, | )<br>)<br>)<br>) |
| Defendants. | ) |

## MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY PERIOD THROUGH APRIL 1, 2013

### I. INTRODUCTION

This is the parties' second joint request for an extension of the discovery period. Discovery in this matter is scheduled to conclude on January 30, 2013. The parties respectfully inform the Court that they will be unable to complete all necessary discovery within the current discovery period. For good cause shown, the parties jointly seek to extend the discovery period through April 1, 2013 to provide the parties the opportunity to complete written discovery and conduct depositions.

## II.  DISCUSSION

Since the parties' first filed a joint motion for a discovery extension, Mr. Madan's counsel had to undergo significant surgery and suffered a death in his family.  Mr. Madan has not been able to make himself available for deposition on the dates requested by Plaintiff. At various times throughout the course of discovery, Mr. Madan and his counsel have had travel, health and other personal problems which have made it difficult for the parties to find an agreeable date for Mr. Madan's deposition.

In the meantime, Plaintiff attempted service of the summons and complaint on Defendants Gurinderjit Dhillon and Akash Sharma after service via hand delivery was unsuccessful.  After Defendants Dhillon and Sharma failed to respond, Plaintiff filed a motion for entry of default. On January 16, 2003, Plaintiff received notice of the clerk's entry of default against these defendants.

With the discovery period coming to a close, the parties request that the Court give the parties an extension through April 1, 2013 to give Mr. Madan and his counsel time to make themselves and other witnesses available for deposition and to fully engage in the remaining discovery that is needed.

The Court has broad discretion in regulating discovery in accordance with Rule 26 of the Federal Rules of Civil Procedure.  The parties expect that an

extension of discovery through April 1, 2013 should permit the parties sufficient time to complete discovery in this cause. The motion is not made for purposes of delay and both parties stipulate that they will not suffer prejudice if the motion is granted.

Accordingly, the parties respectfully request the Court extend discovery through April 1, 2013. The parties further request that all subsequent dates scheduled in the Joint Preliminary Report and Discovery Plan previously filed with the Court be extended to reflect this extension of the discovery period.

### III. CONCLUSION

For the foregoing reasons, the parties respectfully request the Court to extend discovery through April 1, 2013. A proposed Order is submitted herewith for the Court's consideration.

Respectfully submitted this 24th day of January, 2013.

                                */s/ Elisa S. Kodish*
                                Richard K. Hines, V
                                Georgia Bar No. 356300
                                E-Mail: richard.hines@nelsonmullins.com
                                Elisa S. Kodish
                                Georgia Bar No. 656769
                                E-Mail: elisa.kodish@nelsonmullins.com

                                *Counsel for Plaintiff Hawthorn Suites Franchising, Inc.*

-4-

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

<u>*/s/ Brij Madan*</u>
Brij Madan, *Pro Se*
1441 Neosho Court
Modesto, California 95358

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND DISCOVERY PERIOD THROUGH APRIL 1, 2013** was served on counsel of record via first-class mail, postage prepaid and properly addressed as follows:

> Brij Madan, *Pro Se*
> 1441 Neosho Court
> Modesto, California 95358
>
> David C. Johnston
> 627 13th Street
> Suite E
> Modesto, CA 95354

This 24th day of January, 2013

> */s/ Elisa S. Kodish*
> Elisa S. Kodish
> Georgia Bar No. 656769

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)